UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RUTHIE LEWIS,　　　　　　　　　　　　　　Civil No. 10-218 JMR/SRN

　　　　Plaintiff,

v.
　　　　　　　　　　　　　　　　　　　　　　ORDER
BETTY LEWIS,

　　　　Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated February 4, 2010. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis, (Docket No. 2), IS **DENIED**; and

2. This action IS summarily **DISMISSED** for lack of jurisdiction.

DATED: February 23, 2010.

　　　　　　　　　　　　　　　　　　s/James M. Rosenbaum
　　　　　　　　　　　　　　　　　　Judge James M. Rosenbaum
　　　　　　　　　　　　　　　　　　United States District Court Judge